**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Christopher Lee ARMSTRONG, aka:
Chris Armstrong, Defendant,**

and

**Robert Rozelle; Aaron Hampton;
Freddie Mack; Shelton Auntwan
Martin, Defendants–Appellees.**

Nos. 93–50031, 93–50057.

United States Court of Appeals,
Ninth Circuit.

July 11, 1996.

Before BROWNING, WALLACE, SCHROEDER, FLETCHER, D.W. NELSON, CANBY, REINHARDT, LEAVY, RYMER, T.G. NELSON and KLEINFELD, Circuit Judges.

### ORDER

This case is remanded to the district court of proceedings consistent with the Supreme Court's opinion.